UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  ED CV 09-2043  JVS (DTBx)   Date  November 24, 2009

Title  Romero v. Ownit Mortgage Solutions, Inc.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (In Chambers)  Order to Show Cause re Jurisdiction

Defendant HBSC Bank USA, N.A. ("HBSC") removed the present action from the Superior Court of the State of California, County of San Bernardino, invoking federal question jurisdiction, 28 U.S.C. § 1331.  (Notice of Removal, ¶ 7.)

Plaintiff Frank Romero ("Romero") has pled only California common law and statutory claims.  Romero asserts no federal claim.  In the Fifth Cause of Action for violation of California Civil Code Section 1788.17, he references the Federal Fair Debt Collections Act as conduct which violates the Civil Code; he does not directly invoke the Federal Fair Collections Act. (Complaint, ¶ 39.)  This is particularly true in the Prayer where the federal statute is recited "as it pertains to California Civil Code § 1788.17."  (Prayer, ¶ 7.)

Generally, a plaintiff is entitled to be the master of his complaint, and if he so chooses, he may seek relief only under state statutory or common law.  <u>Caterpillar Inc. v. Williams</u>, 482 U.S. 386, 392 (1987).  Here Romero seeks no federal relief, although he has pled violations of the Fair Debt Collections Act as a predicate to state statutory relief.  This is insufficient for federal question jurisdiction.

HBSC is ordered to show cause in writing within ten days why this case should not be remanded to state court for want of jurisdiction.

00   :   00

Initials of Preparer   kjt